### June 17, 2015

| | | |
|---|---|---|
| CAAP–12–00 00817 | Sau Wan Sin v. Fung | Dismissed |